United States District Court
Southern District of Texas
**ENTERED**
July 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JESUS MENDOZA, § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-085 |
| § | |
| KILOLO KIJAKAZI, § | |
| COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
|     Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Jesus Mendoza's cause of action, and all objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of the objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 53 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Magistrate Judge, is of the opinion that Plaintiff's Motion for Leave to File Lawsuit in this Court is DENIED, that Plaintiff's civil action challenging the Commissioner's denial of disability benefits is barred from proceeding on the merits, and that this case is **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED July 6, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge